# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CHERYL MITCHELL** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § Case No. 1:16-CV-03555-ELR-JSA |
| | § |
| **DIVERSIFIED CONSULTANTS, INC.,** | § |
| | § |
| **Defendant.** | § |

## DEFENDANT, DIVERSIFIED CONSULTANTS, INC.'S, NOTICE OF PENDING SETTLEMENT

Defendant, Diversified Consultants, Inc. ("DCI"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that DCI has reached a settlement with plaintiff with regards to this case and the parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: May 22, 2017                    Respectfully submitted,

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Coopers Glen Drive, SW
Mableton, GA 30126-2584

1

Telephone: (678) 209-7492
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions.legal

*Attorney for Defendant*
*Diversified Consultants, Inc.*

## CERTIFICATE OF SERVICE

, a true and correct copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including:

Matthew T. Berry, Esq.
Adam Klein, Esq.
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
*Attorneys for Defendant,*
*Diversified Consultants, Inc*.