IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHERYL MITCHELL, :
:
    Plaintiff, :
:
v. : CIVIL ACTION NO.
: 1:16-CV-3555-ELR-JSA
DIVERSIFIED CONSULTANTS, INC., :
:
    Defendant. :

## O R D E R

The Defendant has informed the Court that the parties have reached a settlement resolving all claims in this case. *See* Notice of Pending Settlement [13]. Because the case has been settled, the Clerk is **DIRECTED** to administratively close this action. This closure is for administrative purposes only and is not a dismissal. The parties must file a stipulation of dismissal or otherwise update the Court on the status of this case within **sixty (60) days** of the date of this Order.

**IT IS SO ORDERED** this 23rd day of May, 2017.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE