IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHERYL MITCHELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:16-CV-3555-ELR |
| DIVERSIFIED CONSULTANTS, INC., | : |
| | : |
| Defendant. | : |

**O R D E R**

This case is before the Court on the parties' "Joint Status Update" [15]. The parties inform the Court that they are "in the process of completing their respective obligations under their settlement agreement, but need additional time." [15] at 1. The parties anticipate needing another sixty (60) days to finalize their settlement. Accordingly, the parties must file a stipulation of dismissal or otherwise update the Court on the status of this case within **sixty (60) days** of the date of this Order.

**IT IS SO ORDERED** this 4th day of August, 2017.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE