# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Cheryl Mitchell, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:16-cv-03555-ELR-JSA |
| v. ) | |
| ) | |
| Diversified Consultants, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Cheryl Mitchell and Defendant Diversified Consultants, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Diversified Consultants, Inc in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

This 13th day of February, 2018.

**Jointly submitted by:**

/s/ *Adam Klein*
Adam Klein
Georgia Bar No.: 425032
aklein@mattberry.com
**BERRY & ASSOCIATES**
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(770) 766-1230
*Attorney for Plaintiff*

/s/ *Wendi E. Fassbender, Esq.*
Wendi E. Fassbender, Esq.
Georgia Bar No.: 179133
wfassbender@sessions.legal
**SESSIONS, FISHMAN, NATHAN & ISRAEL**
5229 Roswell Road, NE
Atlanta, Georgia 30342
(678) 209-7492
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No.: 425032

*One of Plaintiff's Attorneys*